**Jeffrey H. BECK, Liquidating Trustee of the Estates of Crown Vantage, Inc. and Crown Paper Company, petitioner, v. PACE INTERNATIONAL UNION, et al.**

No. 05–1448.

Jan. 19, 2007.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.